# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MURILLO,<br><br>Plaintiff,<br><br>v.<br><br>DONALD THORNTON, et al.,<br><br>Defendants. | CASE NO. 07-CV-0197 W (POR)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On January 30, 2007, Plaintiff Louis Murillo, an inmate incarcerated at the California State Prison in Imperial, California and proceeding pro se, file this civil-rights complaint pursuant to 42 U.S.C. § 1983. On August 16, 2007, Defendants filed a Motion to Dismiss the First Amended Complaint. Plaintiff opposed the motion.

On October 1, 2007, the Honorable Louisa S. Porter, United States Magistrate Judge, issued a Report and Recommendation ("Report"). The Report recommends that the Court grant Defendants' motion to dismiss with prejudice. The Report also ordered that any objections were to be filed by October 30, 2007, and any reply filed by November 20, 2007. To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

| | |
|---|---|
| 1 | A district court's duties concerning a magistrate judge's report and |
| 2 | recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the |
| 3 | Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are |
| 4 | filed, the district court is not required to review the magistrate judge's report and |
| 5 | recommendation. See <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. |
| 6 | 2003) (holding that 28 U.S.C. 636(b)(1)(c) "makes it clear that the district judge must |
| 7 | review the magistrate judge's findings and recommendations de novo *if objection is made*, |
| 8 | but not otherwise") (emphasis in original); <u>Schmidt v. Johnstone</u>, 263 F. Supp. 2d 1219, |
| 9 | 1226 (D. Arizona 2003) (concluding that where no objections were filed, the District |
| 10 | Court had no obligation to review the magistrate judge's Report). This rule of law is |
| 11 | well established within the Ninth Circuit and this district. See <u>Wang v. Masaitis</u>, 416 |
| 12 | F.3d 992, 1000 n. 13 (9th Cir. 2005) ("Of course, de novo review of a R & R is *only* |
| 13 | required when an objection is made to the R & R.") (emphasis added) (citing <u>Renya-</u> |
| 14 | <u>Tapia</u>, 328 F.3d 1121); <u>Nelson v. Giurbino</u>, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) |
| 15 | (Lorenz, J.) (adopted Report without review because neither party filed objections to the |
| 16 | Report despite the opportunity to do so, "accordingly, the Court will adopt the Report |
| 17 | and Recommendation in its entirety."); <u>see also</u> <u>Nichols v. Logan</u>, 355 F. Supp. 2d 1155, |
| 18 | 1157 (S.D. Cal. 2004) (Benitez, J.). |
| 19 | The Court therefore accepts Judge Porter's recommendation, and **ADOPTS** the |
| 20 | Report in its entirety. For the reasons stated in the Report, which is incorporated herein |
| 21 | by reference, the Court **GRANTS** Defendants' motion to dismiss [Doc. No. 10] with |
| 22 | prejudice. The Clerk of the Court shall close the district court file. |
| 23 | |
| 24 | **IT IS SO ORDERED.** |
| 25 | DATE: January 9, 2008 |
| 26 | HON. THOMAS J. WHELAN |
| 27 | United States District Court |
| 28 | Southern District of California |